UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

In re:

ROSA FELTON

Case No.: 2:21-bk-00615-FMD
Chapter 13

Debtor(s)
_____/

**DEBTOR'S MOTION TO APPROVE SALE OF PROPERTIES**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N Florida Avenue Suite 555, Tampa Florida 33602-3899. and serve a copy on the movant's attorney, Jonathan D Eichelberger, Esq 5750 Major Blvd Suite #250, Orlando Florida 32819, and any other person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief request without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**"If any objections are filed, they will be heard by the court on December 16, 2021 at 2:15pm"**

COMES NOW, the Debtor, Rosa Felton by and through the undersigned Counsel, and files this Motion to Approve Sale of properties located at 15 N Manatee Avenue, Arcadia, Florida 34266, 222 S Manatee Avenue, 151 N Polk Avenue and 414 Spring Avenue and in support thereof would state as follows:

1. Debtors filed a Chapter 13 Bankruptcy on May 11, 2021.

2. The Debtor is a 33% owner of the Real properties located at:

- 222 S Manatee Avenue, Arcadia, Florida 34266
  Property value at the time of filing $127,444.00
  Parcel #36-37-24-0110-0050-0210

- 15 N Manatee Avenue, Arcadia, Florida 34266.
  Property Value at the time of filing: $5,500.00
  Parcel # 36-37-24-0081-0120-0315

- 414 Spring Avenue, Arcadia Florida 34266
  Property value at the time of filing $69,548.00
  Parcel #36-37-24-0196-00B0-0240

- 151 N Polk Avenue, Arcadia Florida 34266
  Property value at the time of filing $94,619.00
  Parcel #25-37-24-0012-0250-0010

**Legal description for above mentioned properties is attached as Exhibit "A"**

which are all listed on Schedule A filed with the Debtor's petition having a total value of $134,944.00.

3. On 11/17/2021 the Debtor entered into a contract to sell the properties located at 222 S Manatee Avenue, Arcadia Florida 34266 for a purchase price of $85,000.00, and a copy of the "Purchase Agreement" is attached hereto as Exhibit "B".

4. On 11/17/2021 the Debtors entered into a contract to sell the property located at 15 N Manatee Avenue, Arcadia Florida 34266 for a purchase price of $43,000.00, and a copy of the "Purchase Agreement" is attached hereto as "Exhibit C".

5. On 11/17/2021 the Debtor entered into a contract to sell the properties located at 414 Spring Avenue, Arcadia Florida 34266 for a purchase price of $23,000.00, and a copy of the "Purchase Agreement" is attached hereto as Exhibit "D".

6. On 11/17/2021 the Debtor entered into a contract to sell the properties located at 151 N Polk Avenue, Arcadia Florida 34266 for a purchase price of $185,000, and a copy of the

"Purchase Agreement" is attached hereto as Exhibit "E".

7. The sale represents an arms-length transfer between the Debtor and the Purchaser, who are not related by blood to the Debtor and the Debtor believe the sale to be in her best interest.

8. The Real Property is subject to outstanding liens held by Crews Bank in the total amount of $334,706.96, attached as Exhibit "F" is copy of the payoff good through November 30, 2021. Attached as Exhibit "G" is a copy of the Preliminary Settlement Statement showing that Crews bank will be paid in full.

9. After payment to all liens, properties taxes, closing cost and other customary expenses of the sale, there will be no net proceeds remaining.

WHEREFORE, the Debtors, request this Honorable Court for an Order Granting Sale of real properties and any other such relief that may be just and proper in the circumstances.

Submitted: 11/18/2021

/s/ *Jonathan D Eichelberger*
Jonathan D Eichelberger, Esq.
Fla. Bar No.: 71748

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by U.S Mail or by electronic transmission on the 18th day of November, 2021 to:

- Jon Waage Trustee, (jwflecf@trustee13.com)

- United States Trustee (USTPRegion21.TP.ECF@USDOJ.GOV)

- Mercedes Benz Financial Services Attention: Nicole Mariani Noel (bankruptcynotices@kasslaw.com)

- Crews Bank & Trust Attention: Patti W Halloran (phalloran@gibblaw.com)

- Crews Bank & Trust C/o GIBBONS | NEUMAN, 3321 henderson Blvd, Tapa Florida 33609.

and mailed to all parties on attached service list.

/s/ *Jonathan D Eichleberger*
Jonathan D Eichelberger, Esq.
Fla. Bar No.: 71748
Myers, Eichelberger & Russo, P.L
5750 Major Blvd., Ste. 250
Orlando, FL 32819
Phone: 407.926.2455
Fax:  (407) 536-4977
jon@themelawfirm.com
Attorney for Debtors